UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number  
415-522-2000

July 19, 2023

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:  Kyle Buffenmyer, et al. v.  General Motors LLC
     3:23-cv-00739-CRB

Your Case Number:  23-CIV-00167

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Certified original and one copy of this letter

☒  Certified copy of docket sheet

☒  Certified copy of Minute Entry

Please send an acknowledgement of receipt of these documents to 9Docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by:  William Noble
Case Systems Administrator

*REV. 10/21*